| | |
|---|---|
| 1 | BRIAN K. NAGATANI (CSB NO. 208632) |
| | HIXSON NAGATANI LLP |
| 2 | 2021 The Alameda, Suite 240 |
| | San Jose, CA 95126 |
| 3 | Telephone: +1.408.486.9955 |
| 4 | Facsimile: +1.408.727.6617 |
| | brian@hnemploymentlaw.com |
| 5 | |
| | Attorneys for Defendant, |
| 6 | PSIQUANTUM, CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ROMIT CHAKRABORTY, | Case No.: 5:25-cv-03374-NW |
| Plaintiff, | |
| | **PROOF OF SERVICE** |
| v. | |
| PSIQUANTUM, CORP., | |
| Defendant. | |

Hixson Nagatani LLP

PROOF OF SERVICE, Case No. 5:25-cv-03374-NW

# PROOF OF SERVICE

I, Yahaira Ortiz, declare that I am over the age of eighteen years and I am not a party to this action. My business address is 2021 The Alameda, Ste 240, San Jose, CA 95126.

On August 12, 2025, I served the following document(s):

**JOINT CASE MANAGEMENT STATEMENT & [PROPOSED] ORDER**

on the interested parties in this action by the method(s) indicated below:

>Romit Chakraborty, Ph.D,
>20990 Valley Green Drive, Apt 692
>Cupertino, CA 95014
>Email: romit.chakraborty@gmail.com

**[ X ] BY MAIL:** I am readily familiar with the business' practice for collection and processing correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelopes were sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Tracy, California.

**[ X ] BY EMAIL**: I served the above document(s) to the email address(es) listed above by electronic transmission.

[ ] BY PERSONAL SERVICE: I caused the document(s) to be delivered by hand on the office(s) of the addressee(s).

[ ] BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered to the above parties on the following business day by FEDERAL EXPRESS service as listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, that this declaration is executed on August 12, 2025, in Tracy, California; and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Yahaira Ortiz*

Hixson Nagatani LLP

PROOF OF SERVICE, Case No. 5:25-cv-03374-NW